U.S. Department of Justice

TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

IN RE ARREST WARRANT APPLICATION
*********************************

Docket Number: 18 MJ 062

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: G. Karthik Srinivasan
Firm Name: USAO-EDNY
Address: 271 Cadman Plaza East, Brooklyn, NY
Phone Number: 718-254-6013
E-Mail Address: karthik.srinivasan@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:
Judge/Magistrate Judge:
Date Entered:

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

18 USC 3103ab (ongoing criminal investigation),

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn
1/23/201

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE 1/23/2018
DATE

MANDATORY CERTIFICATION OF SERVICE:
A) ___ A copy of this application either has been or will be promptly served upon all parties to this action. B) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___; or C) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

1/23/2018
DATE

_____
SIGNATURE